**Order entered January 11, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-01100-CV

## IN RE MELINDA M. RAKES, Relator

**Original Proceeding from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-56040-2020**

## ORDER
Before Justices Schenck, Partida-Kipness, and Nowell

Based on the Court's opinion of this date, we **GRANT** relator's December 21, 2020 motion and **DISMISS** this original proceeding. Having dismissed the original proceeding, we also **DENY** relator's amended motion for emergency relief as moot.

/s/     ERIN A. NOWELL
        JUSTICE